JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JOSE ROBIATTI, | Case No. SACV 15-2149-MWF (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| JOEL MARTINEZ, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: January 29, 2018

HON. MICHAEL W. FITZGERALD
United States District Judge